AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 24-MR-2246
Stanley Travis Garcia (YOB:1993) )
)
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Mexico
*(identify the person or describe the property to be searched and give its location)*:

See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachemtn B

**YOU ARE COMMANDED** to execute this warrant on or before ___12/19/2024___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Jennifer M. Rozzoni___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   ___12/5/24; 7:35 pm___            *Jennifer M. Rozzoni* [signature]
                                                          *Judge's signature*

City and state:  Albuquerque, New Mexico                  Jennifer M. Rozzoni
                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

**Case No.:** 24-MR-2246

**Date and time warrant executed:** 12-06-2024 13:55pm

**Copy of warrant and inventory left with:** Stanley Garcia

**Inventory made in the presence of:** Stanley Garcia

**Inventory of the property taken and name(s) of any person(s) seized:**

Buccal Swabs of DNA from Stanley Garcia.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-06-2024

*Executing officer's signature*

Thelma Yellow Kidney
*Printed name and title*

## ATTACHMENT A

### PERSON TO BE SEARCHED

Stanley T. Garcia was born on 01/09/1993. Stanley has a Social Security number ending in 0485. He currently or did reside at 55 Cochiti Street, Santo Domingo Pueblo, NM 87052. Stanley T. Garcia is approximately height: 5'11", weight: 215 lbs., hair: black, eye color: brown. He is currently being held at the Santa Fe County Adult Correctional Facility, 28 Camino Justicia, Santo Fe, NM 87508, in the State and District of New Mexico.

Stanley T. Garcia is pictured below:



1

## ATTACHMENT B

### PROPERTY TO BE SEIZED BY THE GOVERNMENT

The following material, which constitutes evidence of the commission of a criminal offense, namely violations of 18 U.S.C. §§ 1153 and 113(a)(3), that being assault with a dangerous weapon in Indian Country:

1. Law enforcement will use DNA buccal swabs to collect samples of DNA from Stanley T. Garcia.